1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | CASE NO. 2:08-MJ-00139-DAD

12 |              Plaintiff,        | [~~PROPOSED~~] ORDER

13 |        v.

14 | LARS AKE MICHAELSSON,

15 |              Defendant.

16

17     The United States' motion to dismiss without prejudice the underlying UFAP complaint and

18 recall the arrest warrant in the above referenced case, 08-MJ-00139-DAD against defendant LARS AKE

19 MICHAELSSON is GRANTED.

20

21 DATED: June 7, 2016

22
                                    _____
23                                  ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

   [PROPOSED] ORDER                         1